UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZA TAYLOR,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONVERSENOW TECHNOLOGIES, INC.,<br><br>        Defendants. | Case No.  25-cv-00990-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  1/15/2026

FURTHER CASE MANAGEMENT: 4/3/2026 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/21/2026.

DESIGNATION OF EXPERTS: 9/11/2026; REBUTTAL: 11/6/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/4/2026.

LAST DAY TO FILE CLASS CERTIFICATION MOTIONS **SHALL** be filed by; 9/11/2026;
    Opp. Due: 10/30/2026; Reply Due: 11/20/2026;
    and set for hearing no later than 12/11/2026 at 10:00 AM.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: December 5, 2025

_____
SUSAN ILLSTON
United States District Judge