**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie (pro hac vice)
Caroline C. Donovan (pro hac vice)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10606
Telephone: (646) 837-7150
E-mail: aleslie@bursor.com
   cdonovan@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZA TAYLOR, individually and on behalf of all other persons similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>CONVERSENOW TECHNOLOGIES, INC.,<br><br>       Defendant. | Case No.: 3:25-cv-00990-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL
CASE NO. 3:25-CV-00990-SI

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Eliza Taylor and Defendant ConverseNow Technologies, Inc., by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees, including attorneys' fees.

Dated:  June 4, 2026                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*

Dated:  June 4, 2026                    **ROETZEL & ANDRESS, LPA**

By: */s/ Hillard M. Sterling*
        Hillard M. Sterling

Hillard M. Sterling (Admitted Pro Hac Vice )
hsterling@ralaw.com
10 N. Madison St., Suite 3000
Chicago, IL 60602
Telephone: (312) 962-8082
Facsimile: (312) 580-1201

*Attorneys for Defendant*

STIPULATION OF DISMISSAL
CASE NO. 3:25-CV-00990-SI                                                                 1